UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv273 (DLC)
JEANNETTE SIERRA,                        :
                         Plaintiff,      :    ORDER
             -v-                         :
                                         :
SENIOR WHOLE HEALTH and MAGELLAN         :
HEALTHCARE, INC.,                        :
                         Defendants.     :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/20

DENISE COTE, District Judge:

Having received the defendants' letter of February 14, 2020, it is hereby

ORDERED that a telephone conference is scheduled for **February 14, 2020** at **4:45 p.m.** Counsel for the defendants shall have all parties on the line and call chambers at 212-805-0202.

Dated:    New York, New York
          February 14, 2020

                                    _____
                                         DENISE COTE
                                  United States District Judge