**GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP**
1133 Westchester Avenue, Suite N-202
White Plains, New York 10604
(914) 288-9595

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020
```

April 20, 2020

Via ECF
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

RE: Sierra v. Senior Whole Health, et al.; Case No. 19-cv-0273 (DLC)(RWL)

As counsel for Plaintiff, we write to inform the Court that the Parties have reached an agreement to settle the above-referenced matter. We will enter into a Settlement Agreement with Defendants' counsel and will submit a Stipulation of Dismissal with Prejudice once the Settlement Agreement is executed. In light of the settlement, the Parties request that Your Honor cancel the May 11, 2020 settlement conference and issue a thirty-day order under which the case will close automatically in 30 days unless a party seeks to re-open the matter.

Thank You for Your attention to this matter.

Respectfully submitted,

//s// Jaazaniah Asahguii

SO ORDERED:
5/4/2020    _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE